UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSE WAMSLEY,** | : | **CIVIL ACTION NO. 1:10-CV-2491** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **FISHER, SUPERINTENDENT, ROYER, DEPUTY SUPERINTENDENT,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 20th day of December, 2010, upon consideration of plaintiff's correspondence of December 14, 2010 (Doc. 5), in which he states that he received a letter from the court dated December 6, 2010[1] relating to the filing of a civil complaint, and that he is "very concerned about who filed such complaint [in his name], because he never filed such paperwork," and that he will seek to file charges against the individual who filed the complaint "for filing frivolous paperwork in [his] name," it is hereby ORDERED that:

1. The above-captioned case is VOLUNTARILY DISMISSED. See FED. R. CIV. P. 41(a)(2).

2. The Clerk of Court is directed to CLOSE this case.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge

---

[1] According to the docket sheet, the pro se letter (Doc. 3) and the Standing Practice Order (Doc. 4) were mailed to plaintiff on December 6, 2010.